PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

JUN - 9 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

U. S. A. vs. Jeremy Robert Smith                                    Docket No. 1:05CR00585 -CAP

## AMENDED ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Barbara L. Oswald PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Jeremy Robert Smith who was placed on supervision for the offense of Possession With Intent to Distribute In Exces of Five Grams of Cocaine Base, 21 §§U.S.C. 841(a)(1) and 841(b)(1)(B), by the Honorable Frederick P. Stamp, Jr. sitting in the court at Wheeling, West Virginia, on the 16th day of December, 2002 who fixed the period of supervision at 48 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

Jurisdiction of this case was transferred to the Northern District of Georgia effective November 18, 2005.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**New Criminal Offense:** The defendant was arrested on April 26, 2006, in East Windsor, Connecticut, and charged with the offenses of Injury, Risk of Injury, Impairing Morals of Children, and Interfering With an Officer.

**Use of Illegal Drugs:** The defendant tested positive for the use of marijuana on the following dates: 06/10/05, 10/17/05, 11/21/05. He also admitted to marijuana use on 06/29/05 and 07/08/05.

**Failure to Participate in Alcohol/Drug Treatment Program:**

The defendant failed to attend substance abuse counseling sessions at Atlanta Family Counseling Center, as directed on the following dates: 01/26/06, 01/19/06, 12/29/05, and 11/17/05, and has been terminated from the program.

**Failure to Submit to Random Urine Testing:**

The defendant failed to report as instructed for urine screens on the following dates: 02/07/06, 01/23/06, 01/06/06, and 12/21/05.

**Failure to Notify Probation Officer at least Ten Days Prior to Change in Residence:**

The defendant left his residence of record on approximately January 22, 2006, and has not contacted this officer to notify of his whereabouts.

**Failure to Notify Probaiton Officer at least Ten Days Prior to Change in Employment:**

The defendant abandoned his employment on approximately January 22, 2006, and has not contacted this officer to notify of any new employment.

PRAYING THAT THE COURT WILL ORDER that Jeremy Robert Smith be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 7 day of June, 2006 and ordered filed and made a part of the records in the above case.<br><br>_____<br>Honorable Charles A. Pannell, Jr.<br>United States District Court Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Respectfully,<br><br>_____<br>Barbara L. Oswald<br>U. S. Probation Officer<br><br>Place:  Atlanta, Georgia<br><br>Date:    June 5, 2006<br><br>_____<br>Paul T. O'Connor, Jr.<br>Supervising U. S. Probation Officer |